**John PATTON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

No. 71212.

Missouri Court of Appeals, Eastern District, Division One.

May 20, 1997.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Daniel G. Cierpiot, Assistant Attorneys General, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting

forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).